STATE OF NEW JERSEY v. MICHAEL D. WOYTOWICH.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD RICKS.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE JONES.

October 4, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER S. POTTER, MICHAEL
MADDALONE AND GERARDO RIPSOTA.

October 4, 1984.

Petition for certification denied.